■ In the Matter of the Estate of CARROLL DONNER, Deceased. SQUIRE N. BOZORTH et al., as Coexecutors, Appellants-Respondents; MILLS COLLEGE, Respondent-Appellant.—Motions, consolidated for disposition, granted to extent of recalling and vacating this Court's unpublished order (M-3861/M-3868) of September 29, 1992, and granting leave to appeal to Court of Appeals from order of June 30, 1992 (184 AD2d 486), as to both movants, as indicated. Concur—Milonas, J. P., Ellerin, Ross and Rubin, JJ.